SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
ROBERT J. GUITE, Cal. Bar No. 244590
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947
Email:        econtreras@sheppardmullin.com
              rguite@sheppardmullin.com

Attorneys for Defendant
AARON KUSHNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ERIC SPITZ <br> 225 19th Street <br> Newport Beach, CA 92663 <br><br> AARON KUSHNER <br> 396 Washington Street, #307 <br> Wellesley, MA 02481 <br><br> RICHARD J. COVELLI <br> 16701 Jetton Road <br> Cornelius, NC 28031 <br><br> TRACI M. CHRISTIAN <br> 5008 W. 129th Street <br> Leawood, KS 66209 <br><br> JTR, LLC <br> 814 Tyvola Road, Suite 107 <br> Charlotte, NC 28217 <br><br> C&C MARKETING LLC <br> 814 Tyvola Road, Suite 107 <br> Charlotte, NC 28217 | Civil Action No.:  8:19-cv-0299 <br><br> **AFFIDAVIT OF ROCHELLE KUSHNER IN SUPPORT OF SETTLING DEFENDANTS' JOINT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DN 59]** <br><br> Action Filed:  February 14, 2019 <br><br> Trial Date:  None Set |

-1-

1  C2 ADVISORS, LLC
   814 Tyvola Road, Suite 107
2  Charlotte, NC 28217

3  ETAROS ACTUARIAL SERVICES, LLC
   5008 W. 129th Street
4  Leawood, KS 66209

5              Defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4818-8962-8589.1

Case No. 8:19-cv-0299
AFFIDAVIT OF ROCHELLE KUSHNER ISO SETTLING DEFENDANTS' JOINT
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DN 59]

1

## AFFIDAVIT OF ROCHELLE KUSHNER

2        I, Rochelle Kushner, declare as follows:

3        1.     I have been married to Aaron Kushner for more than 15 years.  I

4 have personal knowledge of the facts set forth herein.  If called as a witness, I could

5 and would competently testify to the matters stated herein.  I provide this Affidavit

6 in support of the Motion for Determination of Good Faith Settlement [Docket No.

7 59] filed jointly by my husband, Aaron Kushner, and Eric Spitz, and their Reply

8 thereto [Docket No. 64].

9        2.     In May 2017 I purchased a home in California as my sole and

10 separate property.  My husband, Aaron Kushner, did not contribute any of his

11 separate property, nor did we contribute any of our community property, to purchase

12 the home.

13        3.     I never posted or pledged my separate property as collateral to

14 any loans or obligations of Freedom Communications, Inc. or any of its subsidiaries.

15        4.     I never personally guaranteed any loans or obligations of

16 Freedom Communications, Inc. or any of its subsidiaries.

17        I declare under penalty of perjury under the laws of the United States

18 that the foregoing is true and correct.

19        Executed on November _20_ , 2019 in _____San Mateo_____,

20 California.

21

22                          _Rochelle Kushner_

23                          ROCHELLE KUSHNER

24

25

26

27

28

SMRH:4818-8962-8589.1

Case No. 8:19-cv-0299

AFFIDAVIT OF ROCHELLE KUSHNER ISO SETTLING DEFENDANTS' JOINT
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DN 59]

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _San    Mateo_

Subscribed and sworn to (or affirmed) before me on this _20_
day of _November_ , 20_19_ by _Z. Alton Lu,_
_Notary public_ ,
proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

Z. ALTON LU
Notary Public - California
Santa Clara County
Commission # 2159103
My Comm. Expires Jul 3, 2020

(Seal)                    Signature _____