# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 19-0299-DOC (DFMx) | Date | January 6, 2020 |
|---|---|---|---|
| Title | PENSION BENEFIT GUARANTY CORPORATION V ERIC SPITZ, ET AL | | |

**PRESENT:**

**HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Court Smart 1/6/2020 & Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:

Carolyn J Lachman  Robert James Guite
Joel W Ruderman  William H Forman

Movant:  Alan J Kornfeld

**PROCEEDINGS:** MOTION TO WITHDRAW REFERENCE AS TO BK 8:15-BK-15311-MW, ADV 8:17-AP-01012-MW AND CONSOLIDATE ACTIONS [85]

Cause called and counsel make their appearances. The Court and counsel confer. The Court sets the trial in this matter to **April 21, 2020 at 8:30 a.m.** The Court sets the final pretrial conference in this matter to **April 7, 2020 at 8:30 a.m.**

1 : 10

Initials of Deputy Clerk  rrp

cc: