**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AARON KUSHNER et al. <br><br> Defendants. | Civil No.: 8:19-cv-00299-DOC <br><br> **JUDGMENT PURSUANT TO FED. R. CIV. PROC. 68** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to the terms of the Notice of Acceptance of Offer of Judgment [Fed. R. Civ. Proc. 68] filed on May 17, 2020 [Docket No. 145], attached hereto as Exhibit 1, Plaintiff Pension Benefit Guaranty Corporation ("Plaintiff") is hereby awarded judgment against Defendants Etaros Actuarial Services, LLC and Traci M. Christian (collectively "Defendants"), jointly and severally, in the amount of $600,000.00 (inclusive of all costs, fees and expenses).

1

All pending dates are vacated. Plaintiff counsel is ordered to file a Status Report every 30 days as to the status of the defendants in bankruptcy.

IT IS SO ORDERED, ADJUDICATED, and DECREED.

Dated: May 19, 2020

_____
UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

**Exhibit 1**

| | |
|---|---|
| 1 | Brandon J. Witkow (SBN 210443) |
| 2 | bw@witkowlaw.com |
| | witkow \| baskin |
| 3 | 21031 Ventura Boulevard, Suite 700 |
| 4 | Woodland Hills, California 91364 |
| | Tel:   818.296.9508 |
| 5 | Fax:  818.296.9510 |
| 6 | |
| 7 | Attorneys for *Defendants* |
| | Traci M. Christian and Etaros Actuarial Services LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of the Retirement Plan of Freedom Communications, Inc.<br><br>           Plaintiff,<br><br>    v.<br><br>ERIC SPITZ, AARON KUSHNER, RICHARD J. COVELLI, TRACI M. CHRISTIAN, JTR, LLC, C & C MARKETING LLC, C2 ADVISORS, LLC C&C MARKETING LLC & ETAROS ACTUARIAL SERVICES LLC.<br><br>           Defendants. | Case No. 8:19-cv-00299-DOC (DFMx)<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT (FED. R CIV. PROC. 68(a))** |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

# NOTICE

Pursuant to Federal Rule of Civil Procedure 68(a), Defendants TRACI M. CHRISTIAN and ETAROS ACTUARIAL SERVICES, LLC (together, "Defendants") hereby files the Offer of Judgment served by Defendants on May 14, 2020 with proof of service ("Offer"; attached hereto as Exhibit A), and the written notice accepting the Offer with proof of service sent by Plaintiff Pension Benefit Guaranty Corporation later that same day (attached hereto as Exhibit B).  The parties accordingly request, pursuant to Rule 68(a) and the terms specified in the Offer, that the Clerk of Court enter judgment against Defendants in the amount of $600,000.00.

Dated:  May 17, 2020　　　　　　　　　Respectfully submitted,

witkow | baskin

By: /s/ Brandon J. Witkow
　　　　Brandon J. Witkow

Attorneys for *Defendants*
Traci M. Christian and Etaros Actuarial Services LLC

---

1
**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

# Exhibit A

Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel:  818.296.9508
Fax:  818.296.9510

Attorneys for *Defendants*
TRACI M. CHRISTIAN & ETAROS ACTUARIAL SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AARON KUSHNER; ERIC SPITZ; RICHARD COVELLI; TRACI M. CHRISTIAN; JTR, LLC; C&C MARKETING LLC; C2 ADVISORS, LLC; ETAROS ACTUARIAL SERVICES, LLC <br><br> Defendants. | CASE NO. 8:19-cv-00299-DOC-DFM <br><br> **OFFER OF JUDGMENT [FED. R. CIV. PROC. 68]** |

# OFFER OF JUDGMENT

To: Pension Benefit Guaranty Corporation

Attn: C. Paul Chalmers, Acting General Counsel; Charles L. Finke, Deputy General Counsel; Joel W. Ruderman, Assistant General Counsel

1200 K. Street, N.W.

Washington D.C. 20005-4026

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Traci M. Christian and Etaros Actuarial Services, LLC (together, "Defendants") hereby offer to allow judgment to be entered against them in this action, jointly and severally, in the total amount of $600,000.00, which sum represents the full disgorgement of gains sought by the operative pleadings against Defendants.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not to be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. This offer of judgment is intended to resolve all of Plaintiff's claims in this consolidated action, including without limitation any and all claims for damages, attorneys' fees, litigation expenses and costs of suit. This offer of judgment shall not be filed with the Court unless a) accepted or b) in a proceeding to determine the reasonableness hereof.

Dated: May 14, 2020                  Respectfully submitted,

                                     witkow | baskin

                                     By: /s/ Brandon J. Witkow
                                     Brandon J. Witkow
                                     *Attorneys for Defendants*
                                     TRACI M. CHRISTIAN & ETAROS
                                     ACTUARIAL SERVICES, LLC

**ACCEPTANCE OF OFFER**

Plaintiff hereby accepts the foregoing offer of judgment, and authorizes the filing of this document with the Court and requests that the clerk enter this Judgment pursuant to Federal Rule of Civil Procedure 68(a).

PENSION BENEFIT GUARANTY CORPORATION

_____

Dated: _____

| | |
|---|---|
| 1 | I, BRANDON J. WITKOW, certify and declare as follows: |
| 2 | I am over the age of 18 years and not a party to this action. |
| 3 | My business address is 21031 Ventura Boulevard, Suite 700, Woodland Hills, |
| 4 | California 91364 which is located in the city, county and state where the mailing |
| 5 | described below took place. |
| 6 | On May 14, 2020, I deposited in the United States Mail at Los Angeles, |
| 7 | California and via e-email transmittal to the person(s) at the e-mail address(es) as |
| 8 | indicated copy of the document entitled: |
| 9 | • Offer of Judgment |
| 10 | I served the aforementioned documents on the interested parties in this action |
| 11 | addressed and sent as follows: |

| | | |
|---|---|---|
| 13 | C. Paul Chalmers | Attorneys for Pension Benefit |
| 14 | Acting General Counsel | Guaranty Corporation |
| | Charles L. Finke | |
| 15 | Deputy General Counsel | |
| 16 | Joel W. Ruderman | |
| | Assistant General Counsel | |
| 17 | PENSION BENEFIT GUARANTY | |
| 18 | CORPORATION | |
| | 1200 K Street N.W. | |
| 19 | Washington, D.C. 2005-4026 | |
| 20 | Email: ruderman.joel@pbgc.gov | |
| 21 | William H. Forman, Esq. | Attorneys for Defendants Richard J. |
| 22 | Margaret E. Dayton, Esq. | Covelli, JTR LLC, C&C Marketing |
| | SCHEPER KIM & HARRIS LLP | LLC and C2 Advisors, LLC *[Action* |
| 23 | 601 West Fifth Street, 12th Floor | *Stayed Per Bankruptcy Filing]* |
| 24 | Los Angeles, California 90071 | |
| | Email: wforman@scheperkim.com | |
| 25 | pdayton@scheperkim.com | |

1

**PROOF OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2020              /s/ Brandon J. Witkow
                                    Brandon J. Witkow

2
**PROOF OF SERVICE**

**Exhibit B**

Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508
Fax: 818.296.9510

Attorneys for *Defendants*
TRACI M. CHRISTIAN & ETAROS ACTUARIAL SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>AARON KUSHNER; ERIC SPITZ; RICHARD COVELLI; TRACI M. CHRISTIAN; JTR, LLC; C&C MARKETING LLC; C2 ADVISORS, LLC; ETAROS ACTUARIAL SERVICES, LLC<br><br>Defendants. | CASE NO. 8:19-cv-00299-DOC-DFM<br><br>**OFFER OF JUDGMENT [FED. R. CIV. PROC. 68]** |

**OFFER OF JUDGMENT**

# OFFER OF JUDGMENT

To: Pension Benefit Guaranty Corporation
Attn: C. Paul Chalmers, Acting General Counsel; Charles L. Finke, Deputy General Counsel; Joel W. Ruderman, Assistant General Counsel
1200 K. Street, N.W.
Washington D.C. 20005-4026

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Traci M. Christian and Etaros Actuarial Services, LLC (together, "Defendants") hereby offer to allow judgment to be entered against them in this action, jointly and severally, in the total amount of $600,000.00, which sum represents the full disgorgement of gains sought by the operative pleadings against Defendants.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not to be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. This offer of judgment is intended to resolve all of Plaintiff's claims in this consolidated action, including without limitation any and all claims for damages, attorneys' fees, litigation expenses and costs of suit. This offer of judgment shall not be filed with the Court unless a) accepted or b) in a proceeding to determine the reasonableness hereof.

Dated: May 14, 2020

Respectfully submitted,

witkow | baskin

By: /s/ Brandon J. Witkow
Brandon J. Witkow
*Attorneys for Defendants*
TRACI M. CHRISTIAN & ETAROS ACTUARIAL SERVICES, LLC

**ACCEPTANCE OF OFFER**

Plaintiff hereby accepts the foregoing offer of judgment, and authorizes the filing of this document with the Court and requests that the clerk enter this Judgment pursuant to Federal Rule of Civil Procedure 68(a).

PENSION BENEFIT GUARANTY CORPORATION

*Joel W. Ruderman*
_____

Dated:   May 14, 2020

I, JOEL W. RUDERMAN, hereby certify that, on this 14th day of May, 2020, I served via email a copy of the document entitled Acceptance of Offer of Judgment to the following:

>Brandon J. Witkow, Esquire
>Witkow Baskin
>21031 Ventura Boulevard, Suite 700
>Woodland Hills, California 91364
>bw@witkowlaw.com
>Attorneys for Defendants Traci Christian and Etaros Actuarial Services, LLC

And

>William H. Forman, Esquire
>wforman@scheperkim.com
>Attorneys for Defendants Richard J. Covelli, JTR LLC, C&C Marketing LLC and C2 Advisors, LLC [Action stayed per bankruptcy filing]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 14, 2020 | Respectfully submitted, |
| 3 | | |
| 4 | | By: /s/ Joel Ruderman |
| | | Joel Ruderman |
| 5 | | |
| 6 | | C. PAUL CHALMERS |
| | | Acting General Counsel |
| 7 | | CHARLES L. FINKE |
| | | Deputy General Counsel |
| 8 | | JOEL W. RUDERMAN |
| 9 | | Assistant General Counsel |
| | | CAROLYN LACHMAN |
| 10 | | Attorney |
| 11 | | PENSION BENEFIT GUARANTY CORPORATION |
| 12 | | Office of the General Counsel |
| 13 | | 1200 K Street NW |
| | | Washington, DC 20005 |
| 14 | | Telephone: (202) 229-3926 |
| | | Facsimile: (202) 326-4112 |
| 15 | | Emails: ruderman.joel@pbgc.gov |
| 16 | | efile@pbgc.gov |