C. PAUL CHALMERS
Acting General Counsel
CHARLES L. FINKE
Deputy General Counsel
JOEL W. RUDERMAN
Assistant General Counsel
CAROLYN J. LACHMAN
Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel.: (202) 229-3926
Fax: (202) 326-4138
Email: ruderman.joel@pbgc.gov *and* efile@pbgc.gov

*Attorneys for Plaintiff* PENSION BENEFIT GUARANTY CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AARON KUSHNER, ERIC SPITZ, RICHARD COVELLI, TRACI M. CHRISTIAN, JTR, LLC, C&C MARKETING LLC, C2 ADVISORS, LLC, and ETAROS ACTUARIAL SERVICES, LLC. <br><br> Defendants. | Civil Action No.: 8:19-cv-00299 <br><br> **NOTICE OF SATISFACTION OF JUDGMENT** <br><br> Action Filed: February 14, 2019 |

**TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that pursuant to the Court's Order on May 19, 2020 (Doc. No. 147), Pension Benefit Guaranty Corporation has received payment from Traci M. Christian and Etaros Actuarial Services, LLC in satisfaction of its judgment.

Dated:  October 22, 2020

Respectfully submitted,

PENSION BENEFIT GUARANTY CORPORATION

By:   /s/ Joel Ruderman

Joel W. Ruderman
Assistant General Counsel
Office of the General Counsel
1200 K Street NW
Washington, DC  20005
Telephone: (202) 229-3926
Facsimile: (202) 326-4138
Emails:  ruderman.joel@pbgc.gov
        efile@pbgc.gov

Attorney for Plaintiff PENSION BENEFIT GUARANTY CORPORATION

# PROOF OF SERVICE

I hereby certify that, on this 22nd day of October, 2020, the foregoing **Notice of Satisfaction of Judgment** was served on the following in the manner indicated:

| | |
|---|---|
| **Alan J. Kornfeld**<br>**Elissa A. Wagner**<br>Pachulski Stang Ziehl and Jones LLP<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA 90067-4100<br>Email: akornfeld@pszjlaw.com<br><br>Counsel for the Official Committee of Unsecured Creditors of Freedom Communications, Inc.<br>via CM/ECF | **Cory A Baskin**<br>**Erin Cranman Witkow**<br>**Brandon J Witkow**<br>Witkow Baskin<br>21031 Ventura Boulevard Suite 603<br>Woodland Hills, CA 91364<br>Email: cb@witkowlaw.com<br>         ew@witkowlaw.com<br>         bw@witkowlaw.com<br><br>Counsel for Defendants Traci M. Christian and Etaros Actuarial Services, LLC<br>Via CM/ECF |
| **Alexander H. Cote**<br>**Margaret E. Dayton**<br>**William H. Forman**<br>Scheper Kim and Harris LLP<br>800 West Sixth Street, 18th Floor<br>Los Angeles, CA 90017-2701<br>Email: acote@scheperkim.com<br>         pdayton@scheperkim.com<br>         wforman@scheperkim.com<br><br>Counsel for Defendant Richard J. Covelli, JTR, LLC, C and C Marketing LLC, and C2 Advisors, LLC<br>Via CM/ECF | **Robert S. Marticello**<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>Email: rmarticello@swelawfirm.com<br>Via Email<br><br>Counsel for Defendant Richard J. Covelli, JTR, LLC, C and C Marketing LLC, and C2 Advisors, LLC<br>Via Email |

                                        /s/ Joel W. Ruderman
                                        Joel W. Ruderman